PEOPLE ex rel. ALBRIGHT, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Proceeding by the people, on the relation of John J. Albright, against the city of Buffalo. No opinion. Order reversed, without costs to either party, and a new trial ordered. See opinion of Follett, J., in People v. City of Buffalo (decided at this term) 57 N. Y. Supp. 261. See 52 N. Y. Supp. 689.

PEOPLE ex rel. DE LAND, Appellant, v. WELLER et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Proceedings by the people. on the relation of Bertha E. De Land, against George Weller and others. No opinion. Order reversed, with $50 costs and disbursements, on authority of People v. Dederick, 35 App. Div. 29, 54 N. Y. Supp. 519, and assessment reduced to extent of amount deposited in savings banks.

PEOPLE ex rel. DULMER v. MacLEAN et al. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Proceedings by the people, on the relation of John S. Dulmer, against Charles F. MacLean and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. EARWICKER, Appellants, v. DILLON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Proceeding by the people of the state of New York, on the relation of Charles Earwicker, against Michael J. Dillon and others, constituting the town board of the town of New Rochelle.

PER CURIAM. Under section 2086, Code Civ. Proc., the amount of costs is in the discretion of the court. Considering that the question involved is entirely a new one, and that doubt may be entertained as to the duty of the respondents in the premises, we think the costs allowed by our order are sufficient. Motion denied. See 56 N. Y. Supp. 416.

PEOPLE ex rel. EVERITT v. HUBBELL et al. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Proceeding by the people,. on the relation of Ida A. Everitt against Charles Bulkley Hubbell and others. No opinion. Motion denied. See 56 N. Y. Supp. 642.

PEOPLE ex rel. FOREST COMMISSION v. CAMPBELL. (Supreme Court, Appellate Division, Third Department. March 17, 1899.) Proceeding by the people, on the relation of the forest commission, against Frank W. Campbell, as comptroller, etc. No opinion. Order filed with the clerk. See 54 N. Y. Supp. 725.

PEOPLE ex rel. GOVNER, Appellant, v. NEW YORK SMALL–STOCK CO., Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Proceeding by the people, on the relation of Joseph Govner, against the New York Small-Stock Company. V. E. Whitlock, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HALL, Appellant, v. BOARD OF AUDITORS OF TOWN OF HEMPSTEAD, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Proceeding by the people, on the relation of Joseph T. Hall, against the board of auditors of the town of Hempstead. No opinion. Determination of town auditors of the town of Hempstead confirmed on the merits, with costs.

PEOPLE ex rel. HAUSCHELD, Appellant, v. DUNN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Proceeding by the people, on the relation of George W. Hauscheld, against Thomas J. Dunn and another. F. H. Richmond, for appellant. R. Goeller, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, for the reasons given in the opinion in Hauscheld v. Hauscheld, 33 App. Div. 296, 53 N. Y. Supp. 831.

PEOPLE ex rel. HOMAN, Appellant, v. BOARD OF AUDITORS OF TOWN OF HEMPSTEAD, Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Proceeding by the people, on the relation of Robert H. Homan, against the board of auditors of the town of Hempstead. No opinion. Determination of town auditors of the town of Hempstead confirmed on the merits, with costs.

PEOPLE ex rel. KELLER v. SHRADY. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Proceeding by the people, on the relation of John W. Keller, against George Shrady. No opinion. Motion granted, on payment of $10 costs.

PEOPLE ex rel. KEOHANE, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Proceeding by the people, on the relation of Denis Keohane, against Frank Moss and others. H. Ringrose, for appellant. T. Connoly, for respondents. No opinion. Writ dismissed, with costs.